IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

EBONY WILLIAMS,

     Appellant,

v.

                                        Case No.  5D23-728
                                        LT Case No. 2022-300451-CFDB

STATE OF FLORIDA,

     Appellee.
_____/

Opinion filed July 25, 2023

Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Matthew J. Metz, Public Defender, and Victoria Rose Cordero, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.  *See State v. Dortch*, 317 So. 3d 1074, 1075 (Fla. 2021);

*Thompson v. State*, 239 So. 3d 1269, 1270–71 (Fla. 2d DCA 2018).

LAMBERT, SOUD and BOATWRIGHT, JJ., concur.